IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

TERRY COLEY,

  Petitioner,

vs.          CIVIL ACTION NO.: CV211-125

ANTHONY HAYNES, Warden,

  Respondent.

## ORDER

Petitioner Terry Coley ("Coley") filed Objections to the Magistrate Judge's Report dated September 27, 2011, which recommended that Coley's 28 U.S.C. § 2241 petition be dismissed. In his Objections, Coley argues that: (1) 28 U.S.C. § 2255 was an inadequate or ineffective remedy to test the legality of his detention, thus entitling him to pursue relief under § 2241, and (2) a fundamental error in his underlying criminal case resulted in cruel and unusual punishment, in violation of the Eighth Amendment to the United States Constitution.

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. As discussed in Wofford v. Scott, 177 F.3d 1236, 1244 (11th Cir. 1999), and in the Magistrate Judge's Report, a motion under § 2255 is inadequate or ineffective, thus triggering the availability of § 2241 relief, only when a three-part test is met. When a prisoner's claim "1) [ ] is based upon a retroactively applicable Supreme Court decision; 2) the holding of that Supreme Court decision establishes the petitioner was convicted for a nonexistent offense; and 3)

circuit law squarely foreclosed such a claim at the time it otherwise should have been raised in the petitioner's trial, appeal, or first § 2255 motion[,]" then the prisoner may pursue relief under § 2241. Wofford, 177 F.3d at 1244. Coley fails to identify a new, retroactively applicable Supreme Court decision that establishes that he was convicted for a nonexistent offense or that he was foreclosed from raising these claims in his previously-filed motions.

Coley emphasizes that the § 2255 motion which he previously filed was improperly determined to be time-barred. The expiration of the § 2255 statute of limitations does not render § 2255's remedy inadequate or ineffective as to a petitioner's claims. See Wofford, 177 F.3d at 1244. Additionally, the validity of the decision regarding the timing of Coley's § 2255 motion is not before this Court.

Coley's Objections to the Magistrate Judge's Report and Recommendation are without merit and are **overruled**. The Report and Recommendation of the Magistrate Judge is adopted as the Opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Coley's 28 U.S.C. § 2241 petition is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 21 day of October, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA